BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
HEATHER S. PATRICCO, DISTRICT OF COLUMBIA BAR NO. 465883
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211

**U.S. COURTS**

NOV 13 2025

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EUGENIO MARTIN VILLASENOR-ROSALES a/k/a,<br>EUGENIO MARTIN ROSALES a/k/a,<br>EUGENIO MARTI VILLASENOR-ROSAL a/k/a,<br>EUGENIO VILLASENOR-ROSAL a/k/a,<br>EUGENIO M. VILLASENOR-ROSALES,<br><br>Defendant. | Case No.<br><br>**INDICTMENT** CR 25-0301-SDCN<br><br>8 U.S.C. § 1326(a) & (b) |

The Grand Jury charges:

### COUNT ONE

**Deported Alien Found in the United States**
**8 U.S.C. § 1326(a) & (b)**

On or about September 20, 2025, in the District of Idaho, the Defendant, EUGENIO MARTIN VILLASENOR-ROSALES a/k/a, EUGENIO MARTIN ROSALES a/k/a, EUGENIO MARTI VILLASENOR-ROSAL a/k/a, EUGENIO VILLASENOR-ROSAL a/k/a, EUGENIO M. VILLASENOR-ROSALES, an alien, was found in the United States, to wit: Canyon County,

**INDICTMENT - 1**

Idaho, after having been previously removed from the United States to Mexico on or about June 9, 2011, at or near Brownsville, Texas, the said defendant having not obtained the consent of the Secretary of the Department of Homeland Security for reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) & (b).

Dated this 13th day of November, 2025.

A TRUE BILL

/s/ [signature on reverse]

_____
FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

_____
HEATHER S. PATRICCO
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT - 2**